# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO LUA, <br>              Petitioner, <br>     v. <br> UNKNOWN, <br>              Respondent. | Case No. CV 12-4452 DOC (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED FOR LACK OF JURISDICTION**.


DATED: September 21, 2012

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE